No. 1350, Misc. CARTER *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1359, Misc. SHAVER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1365, Misc. HAYNES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1386, Misc. HEARON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 595. MISANI *v.* ORTHO PHARMACEUTICAL CORP. ET AL., 382 U. S. 203;

No. 1150, Misc. McGRATH *v.* McMANN, WARDEN, 383 U. S. 952; and

No. 1247, Misc. STEWART *v.* JANES, 383 U. S. 962. Petitions for rehearing denied.

No. 407, Misc. WILLIAMS *v.* CALIFORNIA ADULT AUTHORITY ET AL., 383 U. S. 901. Motion for leave to file petition for rehearing denied.

No. 633, Misc. CASTELLANA ET AL. *v.* UNITED STATES, 383 U. S. 928. Motion for leave to file supplemental record denied. Petition for rehearing denied.

No. 801, Misc. CORCORAN *v.* YORTY ET AL., 382 U. S. 966, 1002. Motion for leave to file second petition for rehearing denied.